**1344**

**UNITED STATES of America,**
**Appellee,**

v.

**Norman James McCAA, Appellant.**

**No. 26817.**

United States Court of Appeals,
Ninth Circuit.

June 14, 1971.

Morris Futlick (argued), Fresno, Cal.,
for appellant.

William R. Allen, Asst. U. S. Atty.
(argued), Dwayne Keyes, U. S. Atty.,
Fresno, Cal., for appellee.

Before HAMLEY, DUNIWAY and
KILKENNY, Circuit Judges.

PER CURIAM:

The judgment is affirmed. McGee v.
United States, 402 U.S. ——, 91 S.Ct.
1565, 28 L.Ed.2d 47 (1971).

**UNITED STATES of America,**
**Appellee,**

v.

**Charles TOURINE, a/k/a Charlie White,**
**Appellant.**

**No. 985, Docket 71–1287.**

United States Court of Appeals,
Second Circuit.

Argued June 3, 1971.

Decided June 3, 1971.

Thomas R. Dyson, Jr., Washington,
D. C. (R. Rex Renfrow III, Washington,
D. C., Patrick M. Wall, New York City,
of counsel), for appellant.

Richard A. Givens, Sp. Asst. U. S.
Atty. (Whitney North Seymour, Jr., U.
S. Atty. for Southern District of New
York, Shirah Neiman, Asst. U. S. Atty.,
of counsel), for appellee.

Before CLARK, Associate Justice,[*]
and SMITH and HAYS, Circuit Judges.

PER CURIAM:

We affirmed in open court the convic-
tion of appellant in the United States
District Court for the Southern District
of New York, Inzer B. Wyatt, Judge.